## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action Number:**  1:17-cv- 28-WJM-STV

BRIDGET ESPINOZA,

      Plaintiff,

vs.

APRO, LLC
d/b/a PHILLIPS 66,

      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Dated this 15th day of March, 2017.


*s/ Scott R. Dinin*
Scott R. Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Fax: (786) 513-7700
E-mail: inbox@dininlaw.com
*Counsel for the Plaintiff*

*s/ Michael J. Gates*
Michael J. Gates, Esq.
Foster Graham Milstein & Calisher, LLP
360 South Garfield St., Ste 600
Denver, Colorado 80209
Tel: (303) 333-9810
Fax:   (303) 333-9786
Email: mgates@fostergraham.com
Attorney for Defendant